1  JASON M. WUCETICH (STATE BAR NO. 222113)
   jason@wukolaw.com
2  DIMITRIOS V. KOROVILAS (STATE BAR NO. 247230)
   dimitri@wukolaw.com
3  WUCETICH & KOROVILAS LLP
   222 N. Pacific Coast Hwy., Suite 2000
4  El Segundo, CA 90245
   Telephone:   (310) 335-2001
5  Facsimile:    (310) 364-5201

6  Attorneys for Plaintiff
   KERRY CLAXTON, individually
7  and on behalf of all others similarly situated

8  *(Additional counsel listed on next page)*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| IN RE: V12 SOFTWARE, INC. DATA BREACH | LEAD CASE NO. 5:24-cv-01892-NC |
| This Document Relates to: | *Assigned for All Purposes by Consent to the Hon. Magistrate Judge Nathanael M. Cousins* |
| ALL ACTIONS | **ORDER GRANTING PLAINTIFF'S REQUEST FOR VOLUNTARY DISMISSAL PER FED. R. CIV. P. 41(a)(2)** |
| | Hearing Date:  August 20, 2025<br>Courtroom:     5<br>Time:          10:00 a.m. |
| | Compl. Filed:              Mar. 27, 2024<br>Consolidated Compl. Filed: Aug. 16, 2024<br>Am. Consl. Compl. Filed:   May 1, 2025 |

ORDER RE REQUEST FOR VOLUNTARY DISMISSAL - 5:24-cv-01892-NC

| | |
|---|---|
| 1 | M. Anderson Berry (STATE BAR NO. 262879) |
| 2 | aberry@justice4you.com |
|   | Gregory Haroutunian (STATE BAR NO. 330263) |
| 3 | gharoutunian@justice4you.com |
|   | Brandon P. Jack (STATE BAR NO. 325584) |
| 4 | *bjack@justice4you.com* |
|   | CLAYEO C. ARNOLD |
| 5 | A PROFESSIONAL CORPORATION |
| 6 | 865 Howe Avenue |
|   | Sacramento, CA 95825 |
| 7 | Telephone:  (916) 239-4778 |
|   | Fax:  (916) 924-1829 |
| 8 | |
| 9 | Kevin Laukaitis (*pro hac vice* application forthcoming) |
|   | klaukaitis@laukaitislaw.com |
| 10 | LAUKAITIS LAW LLC |
|    | 954 Avenida Ponce De Leon |
| 11 | Suite 205, #10518 |
|    | San Juan, PR 00907 |
| 12 | Telephone: (215) 789-4462 |
| 13 | Attorneys for Plaintiff |
|    | KEVIN SINITSKI, individually |
| 14 | and on behalf of all others similarly situated |

- ii -

ORDER RE REQUEST FOR VOLUNTARY DISMISSAL - 5:24-cv-01892-NC

The Court, having considered Plaintiff's request for voluntary dismissal of this action in its entirety pursuant to Fed. R. Civ. P. 41(a)(2) and the reasons set forth in Plaintiff's concurrently filed status report hereby GRANTS the request and orders as follows:

1. This action is dismissed in its entirety, without prejudice. Each party shall bear its own fees and costs.
2. The clerk shall close the file in this matter.

IT IS SO ORDERED.

Dated: August 13, 2025



GRANTED
Judge Nathanael M. Cousins